IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JERRY RICHARDSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 06-4062-CV-C-NKL |
| CAMDEN COUNTY JAIL, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

On June 27, 2006, the United States Magistrate Judge recommended that plaintiff's claims against defendants Jim Icenogle and Missouri Attorney General be dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's June 27, 2006 Report and Recommendation is adopted [7]. It is further

ORDERED that plaintiff's claims against defendants Jim Icenogle and Missouri Attorney General are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: August 8, 2006
Jefferson City, Missouri