IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JERRY RICHARDSON,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )   No. 06-4062-CV-C-NKL
                                     )
CAMDEN COUNTY JAIL, et al.,          )
                                     )
            Defendants.              )

**ORDER**

On January 11, 2007, plaintiff was ordered to show cause why this case should not be dismissed for his failure to prosecute. Plaintiff was warned that absent a reasonable explanation for his failure to prosecute, this action should be dismissed based on Fed. R. Civ. P. 41(b). As stated in M.S. v. Wermers, 557 F.2d 170, 175 (8th Cir. 1977):

> A district court has power to dismiss an action for failure of the plaintiff to comply with 'any order of court.' Fed. R. Civ. P. 41(b). Such action may be taken on the court's own motion, Welsh v. Automatic Poultry Feeder Co., 439 F.2d 95, 96 (8th Cir. 1971); see Stanley v. Continental Oil Co., 536 F.2d 914, 916-17 (10th Cir. 1976), and may be exercised under the court's inherent power to control its docket, Pond v. Braniff Airways, Inc., 453 F.2d 347, 349 (5th Cir. 1972); see also Link v. Wabash R.R. Co., 370 U.S. 626, 629-33 (1962), and to protect the integrity of its orders, Fendler v. Westgate-California Corp., 527 F.2d 1168, 1170 (9th Cir. 1975). See generally 15 A.L.R. Fed. 407 (1973).

Plaintiff did not respond to the order; thus, his claims will be dismissed.

Plaintiff is notified that if he decides to file an appeal to the United States Court of Appeals for the Eighth Circuit, he will be required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). In Henderson, the Eighth Circuit stated that by filing a notice of appeal, the prisoner/appellant consents to the deduction of the initial partial appellate filing fee and the remaining installments from the prisoner's account by prison officials.

THEREFORE, IT IS ORDERED that this case is dismissed.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: March 23, 2007
Jefferson City, Missouri
2